| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | HANLEY CHEW (CABN 189985)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
FAX: (408) 535-5066
Hanley.Chew@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OSAMA AHMAD MASOUD,<br><br>  Defendant. | NO. CR 14-0069 DLJ<br><br>STIPULATION AND [] ORDER TO CONTINUE DEFENDANTS SENTENCING FROM TO OCTOBER 2, 2014 TO OCTOBER 21, 2014 |

The parties, including the defendant, stipulate as follows:

1. Defendant Osama Ahmad Masoud's ("defendant") sentencing is currently scheduled for October 2, 2014 at 10:00 a.m.

2. Defendant's current attorney will be joining the Federal Public Defender's Office in San Jose, California. The parties anticipate that defendant will retain a new attorney. Defendant's new attorney will need additional time to prepare for sentencing.

Therefore, the parties respectfully request that the Court continue defendant's sentencing from October 2, 2014 to October 21, 2014, at 11:00 a.m.

STIP & [] ORDER
CR 14-0069 DLJ

1  IT IS SO STIPULATED.

3  Dated:  September 18, 2014

                                         Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                         _____/s/_____
                                         HANLEY CHEW
                                         Assistant United States Attorney

Dated:  September 18, 2014

                                         Respectfully submitted,

                                         _____/s/_____
                                         GRAHAM ARCHER

## [] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Osama Ahmad Masoud's sentencing in the above-captioned case is continued from October 2, 2014 to October 21, 2014, at 11:00 a.m.

IT IS SO ORDERED.

DATED: ~~FEDFI~~                            _____
                                         THE HONORABLE D. LOWELL JENSEN
                                         UNITED STATES DISTRICT COURT JUDGE